## CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET

ASSESSMENT TECHNOLOGIES
INSTITUTE, LLC,

      Plaintiff

  Vs.                            Case No. 19-2514-JAR-KGG

CATHY PARKES, *formerly*
*Known as Pass the ATI, doing business*
*As Level Up RN*

      Defendant

| JUDGE: | Julie A. Robinson | DATE: | 10/7/2020 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

.

## EVIDENTIARY HEARING - DAMAGES

This case comes before the Court on the plaintiff's Motion to Enforce Preliminary Injunction Order and for Contempt (Doc. 125). Plaintiff appears by its counsel, Brett Schuman, Andrew Ong and Robin Carlson. Defendant appears by Steven Schwartz. All parties appeared via Zoom Video Conferencing.

The Court hears arguments from counsel and takes the motion under advisement and will issue a written decision.