IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, LLC, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CATHY PARKES, )<br>)<br>Defendant. ) | Case No.: 19-2514-JAR-KGG |

**NOTICE TO TAKE VIDEOTAPED DEPOSITION
VIA VIDEO CONFERENCE**

TO:                     All Counsel of Record

DATE AND HOUR:          Tuesday, November 17, 2020 beginning at 11:00 a.m. CST

PLACE DEPOSITION
TO BE TAKEN:            Remotely

WITNESS TO
BE DEPOSED:             Kristi Burgess

COURT REPORTER
and VIDEOGRAPHER:       360 Litigation Services

PLEASE TAKE NOTICE that at the above date, hour and place, we shall cause the deposition of the above-named witness to be taken upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a videographer, shorthand reporter and suitable Notary Public.  You are invited to attend and cross-examine.

BROWN & JAMES, P.C.


/s/ Steven H. Schwartz
Steven H. Schwartz, KS Fed #78879
sschwartz@bjpc.com
800 Market Street, 11th floor
St. Louis, Missouri 63101
314.421.3400
Fax: 314.421.3128

and

Christopher J. Seibold   KS Fed #78351
2345 Grand Boulevard, Suite 2100
Kansas City, MO  64108
(816) 472-0800 Telephone
(816) 421-1183 Facsimile
cseibold@bjpc.com

**Attorneys for Defendants**


**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.


/s/ Steven H. Schwartz


:mlc
24832721.1