UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>CATHY PARKES d/b/a LEVEL UP RN<br><br>Defendant. | Case No. 2:19-cv-02514-JAR-KGG |

# CERTIFICATE OF SERVICE

Counsel for Plaintiff Assessment Technologies Institute, L.L.C. ("ATI") hereby certifies that a copy of Plaintiff's First Supplemental Objections and Responses to Defendant's First Set of Requests for Production of Documents, and First Supplemental Objections and Responses to Defendant's First Set of Interrogatories were served upon Defendant's counsel of record, Steven Schwartz (sschwartz@bjpc.com), as well as another attorney at Mr. Schwartz's firm, Ronghua Guan (rguan@bjpc.com), via electronic mail, on the 6th of November, 2020.

Dated: November 9, 2020

Respectfully submitted,

**STINSON LLP**

/s/  Robin K. Carlson
Timothy J. Feathers (KS Bar No. 13567)
Robin K. Carlson (KS Bar No. 21625)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Tel.: 816-691-2754
Fax: 816-412-1134
*timothy.feathers@stinson.com*
*robin.carlson@stinson.com*

and

**GOODWIN PROCTER LLP**

Brett M. Schuman *(Admitted Pro Hac Vice)*
Nicholas M. Costanza *(Admitted Pro Hac Vice)*
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Tel.: 415-733-6000
Fax: 415-677-9041
*bschuman@goodwinlaw.com*
*ncostanza@goodwinlaw.com*

I. Neel Chatterjee *(Admitted Pro Hac Vice)*
Andrew S. Ong *(Admitted Pro Hac Vice)*
601 Marshall Street
Redwood City, CA 94063
Tel.: 650-752-3100
Fax:  650-853-1038
*nchatterjee@goodwinlaw.com*
*aong@goodwinlaw.com*

*Attorneys for Plaintiff*
***ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.***