UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>CATHY PARKES d/b/a LEVEL UP RN<br><br>Defendant. | Case No. 2:19-cv-02514 |

## THIRD JOINT MOTION TO EXTEND MOTION-TO-COMPEL DEADLINE

Pursuant to D. Kan. Rule 6.1(a) and Fed. R. Civ. P. 6(b), Plaintiff Assessment Technologies Institute, LLC and Defendant Cathy Parkes respectfully request that the Court extend the deadline for both parties to bring any motions to compel relating to the other party's written discovery responses from November 30, 2020 to December 30, 2020.

In support of this joint motion, the parties state as follows:

1.  Pursuant to the parties' joint motion, the Court previously extended the D. Kan. Rule 37.1(b) deadline for the parties to file and serve any motions to compel concerning the other party's written responses from September 30, 2020 to November 30, 2020.

2.  The parties are continuing to work to resolve discovery issues and believe that additional time is necessary to determine what remaining issues, if any, need to be presented to the Court.

3.  Accordingly, the parties request that the Court further extend the D. Kan. Rule 37.1(b) deadline to file motions to compel by another 30 days, to December 30, 2020.

      4.      This extension will not affect trial preparation or scheduling, is requested in good faith, and meets the good cause requirements of D. Kan. Rule 6.1(a) and Fed. R. Civ. P. 6(b).

      WHEREFORE, the parties request that the Court grant this motion and whatever other relief the Court deems just.

Dated: November 24, 2020

Respectfully submitted,

**STINSON LLP**

/s/ *Robin K. Carlson*
Timothy J. Feathers (KS Bar No. 13567)
Robin K. Carlson (KS Bar No. 21625)
Monique M. McElwee (KS Bar No. 25353)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Tel.: 816-691-2754
Fax: 816-412-1134
*timothy.feathers@stinson.com*
*robin.carlson@stinson.com*
*monique.mcelwee@stinson.com*

and

**GOODWIN PROCTER LLP**

Brett M. Schuman *(Admitted Pro Hac Vice)*
Nicholas M. Costanza *(Admitted Pro Hac Vice)*
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Tel.: 415-733-6000
Fax: 415-677-9041
*bschuman@goodwinlaw.com*
*ncostanza@goodwinlaw.com*

I. Neel Chatterjee *(Admitted Pro Hac Vice)*
Andrew S. Ong *(Admitted Pro Hac Vice)*
601 Marshall Street
Redwood City, CA 94063
Tel.: 650-752-3100
Fax: 650-853-1038
*nchatterjee@goodwinlaw.com*
*aong@goodwinlaw.com*

*Attorneys for Plaintiff*

           ***ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.***

Dated: November 24, 2020      Respectfully submitted,

               BROWN & JAMES, P.C.

               */s/ Steven H. Schwartz*
               Steven H. Schwartz
               KS Federal #78879
               sschwartz@bjpc.com
               800 Market Street, 11th floor
               St. Louis, Missouri 63101
               314.421.3400
               sschwartz@bjpc.com

               Attorneys for Defendant Cathy Parkes