IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 19-2514-JAR-KGG ) |
| CATHY PARKES, | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO SUBMIT PRETRIAL ORDER, WITH CONSENT**

COMES NOW Defendant Cathy Parkes and moves for two additional days, up to and including February 12, 2021, to submit the proposed pretrial order. Plaintiff has consented to this request. In accordance with Local Rule 6.1(a), Defendant Cathy Parkes states as follows:

1. Pursuant to this Court's Corrected Scheduling Order, the parties are to jointly submit a proposed pretrial order today.

2. The parties have been working on drafts of the proposed order but require a couple more days to complete it and agree on the content.

3. No prior requests for extension of this deadline have been requested.

4. Plaintiff has agreed to this request.

**WHEREFORE**, Defendant Cathy Parkes respectfully requests the Court to grant an extension until February 12, 2021 for the parties to submit the proposed pretrial order, and for other relief that the Court deems just and appropriate.

1

BROWN & JAMES, P.C.

/s/ Steven H. Schwartz
Steven H. Schwartz,   KS Fed #78879
sschwartz@bjpc.com
800 Market Street, 11th floor
St. Louis, Missouri 63101
314.421.3400
Fax: 314.421.3128

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Steven H. Schwartz

:mlc
23695286.1

2