UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>CATHY PARKES d/b/a LEVEL UP RN<br><br>Defendant. | Case No. 2:19-cv-02514-JAR-KGG |

**JOINT MOTION TO EXTEND DEADLINE FOR OPPOSITION BRIEFS**

Pursuant to D. Kan. Rule 6.1(a) and Fed. R. Civ. P. 6(b), Plaintiff Assessment Technologies Institute, LLC and Defendant Cathy Parkes d/b/a Level Up RN respectfully request that the Court extend by one week the deadlines for each side to respond to certain discovery motions.

In support of this joint motion, the parties state as follows:

1. ATI filed its Motion for Entry of Protective Order re: Defendant's Rule 30(b)(6) Deposition Notice (Doc. No. 220) on February 16, 2021.

2. The current deadline for Parkes to oppose ATI's Motion is March 2, 2021.

3. Parkes filed her Motion to Strike Portions of Plaintiff's Second Supplemental Answers and to Exclude Related Evidence (Doc. No. 229) on February 18, 2021.

4. The current deadline for ATI to oppose Parkes' Motion is March 4, 2021.

5. Each side has requested to extend the above deadlines by one week so as to have adequate time to prepare their respective responses.

6. Accordingly, the parties request that the Court extend the time for Parkes to respond to ATI's Motion (Doc. No. 220) from March 2, 2021 to March 9, 2021.

7. The parties further request that the Court extend the time for ATI to respond to Parkes' Motion (Doc. No. 229) from March 4, 2021 to March 11, 2021.

8. No prior requests for extension of these deadlines have been requested.

9. This extension will not affect trial preparation or scheduling, is requested in good faith, and meets the good cause requirements of D. Kan. Rule 6.1(a) and Fed. R. Civ. P. 6(b).

WHEREFORE, the parties request that the Court grant this motion and whatever other relief the Court deems just.

Dated: March 1, 2021                    Respectfully submitted,

                                    **STINSON LLP**

/s/ *Robin K. Carlson*
Timothy J. Feathers (KS Bar No. 13567)
Robin K. Carlson (KS Bar No. 21625)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Tel.: 816-691-2754
Fax: 816-412-1134
*timothy.feathers@stinson.com*
*robin.carlson@stinson.com*

and

**GOODWIN PROCTER LLP**

Brett M. Schuman *(Admitted Pro Hac Vice)*
Nicholas M. Costanza *(Admitted Pro Hac Vice)*
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Tel.: 415-733-6000
Fax: 415-677-9041
*bschuman@goodwinlaw.com*
*ncostanza@goodwinlaw.com*

I. Neel Chatterjee *(Admitted Pro Hac Vice)*
Andrew S. Ong *(Admitted Pro Hac Vice)*

601 Marshall Street
Redwood City, CA 94063
Tel.: 650-752-3100
Fax:  650-853-1038
*nchatterjee@goodwinlaw.com*
*aong@goodwinlaw.com*

*Attorneys for Plaintiff*
***ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.***

Dated: March 1, 2021

Respectfully submitted,

BROWN & JAMES, P.C.

*/s/ Steven H. Schwartz*
Steven H. Schwartz
KS Federal #78879
sschwartz@bjpc.com
800 Market Street, 11th floor
St. Louis, Missouri 63101
314.421.3400
sschwartz@bjpc.com

*Attorneys for Defendant*