UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>CATHY PARKES d/b/a LEVEL UP RN<br><br>Defendant. | Case No. 2:19-cv-02514-JAR |

**PLAINTIFF ASSESSMENT TECHNOLOGIES INSTITUTE, LLC'S OPPOSITION TO DEFENDANT CATHY PARKES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Assessment Technologies Institute, LLC ("ATI") respectfully submits the following in opposition to Defendant Cathy Parkes' Motion for Extension of Time to File Response to Plaintiff's Motion for Summary Judgment (the "Motion"). (Dkt. No. 314).

The Parties filed their respective summary judgment motions on June 14, 2021. The oppositions to these motions are due July 6. On June 22, counsel for Defendant, Mr. Steven Schwartz, requested an additional month, until August 6, to file Defendant's opposition. Mr. Schwartz's stated reason for seeking the extension was that he would be out of town, and that his partner would be on vacation. Plaintiff did not agree to the request; however Plaintiff did agree to a two-week extension (July 20) for Defendant to do so. Plaintiff will not be seeking an extension of time to file its opposition to Defendant's summary judgment motion.

For these and the reasons further discussed below, Plaintiff respectfully seeks an Order from the Court denying Defendant's Motion.

1.      Pursuant to Local Rule 6.1(a), the undersigned counsel states that two extensions to the pretrial motion deadline in this case have been granted.  *See* Dkt. No. 246 (extending deadline from March 5, 2021, to June 7, 2021); *see* Dkt. No. 292 (extending deadline from June 7, 2021, to June 14, 2021).

2.      The Parties each filed motions for partial summary judgment on June 14, 2021. *See* Dkt. Nos. 295, 298.

3.      Currently, the Parties' oppositions to the respective summary judgment motions are due July 6.

4.      On June 22, Mr. Schwartz requested an additional month to file Defendant's opposition.  *See* Declaration of James Lin, Exh. A.  Plaintiff responded that it could not agree to a month-long extension; however it would agree to allow Defendant an extra two weeks to file her opposition.  *Id.*  That would change Defendant's deadline for her opposition from July 6 to July 20.  *Id.*

5.      Mr. Schwartz's stated bases for seeking the extension was that he would be out of town beginning July 19, and that his partner would be on vacation.  *Id.*  Mr. Schwartz did not state that Ms. Guan had left his firm.  *Id.*

6.      So as not to shorten the time for the Court to consider the dispositive motions, Plaintiff will not seek an extension of time to file its Opposition, due on July 6.  *Id.*

7.      As stated above, the parties have each filed motions for partial summary judgment in this case.  Defendant seeks summary judgment as to 4 of the 5 claims in this case. Defendant's brief is 31 pages long.  Defendant files 42 exhibits in support of her motion.

8.      Plaintiff seeks summary judgment as to liability on each of the 5 claims in this case.  Plaintiff's brief is 38 pages long.  Plaintiff files 97 exhibits in support of its motion.  A

majority of those exhibits are Defendant's own materials. *See, e.g.*, Schuman Decl. Exhs. 36–44 (copies of Ms. Parkes' videos, or transcriptions of those videos); 45–59 (Ms. Parkes' personal copies of ATI Review Modules); 60–76 (study cards sold by Ms. Parkes' business, LevelUpRN). In addition, the videos filed with Plaintiff's motion are from the LevelUpRN YouTube channel. *See id.* ¶ 19.

9. In light of the foregoing, counsel for Plaintiff responded that he did not believe it reasonable to require an extension of over four weeks (eight weeks in total) to brief Defendants' opposition.

WHEREFORE, Plaintiff Assessment Technologies Institute, LLC respectfully requests an Order from the Court denying Defendant Cathy Parkes' Motion for Extension of Time to File Response to Plaintiff's Motion for Summary Judgment.

Dated: June 25, 2021   Respectfully submitted,

**STINSON LLP**

/s/ *Robin K. Carlson*
Timothy J. Feathers (KS Bar No. 13567)
Robin K. Carlson (KS Bar No. 21625)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Tel.: 816-691-2754
Fax: 816-412-1134
*timothy.feathers@stinson.com*
*robin.carlson@stinson.com*

and

**GOODWIN PROCTER LLP**

Brett M. Schuman *(Admitted Pro Hac Vice)*
Nicholas M. Costanza *(Admitted Pro Hac Vice)*
James Lin *(Admitted Pro Hac Vice)*
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111

Tel.: 415-733-6000
Fax: 415-677-9041
*bschuman@goodwinlaw.com*
*ncostanza@goodwinlaw.com*
*jlin@goodwinlaw.com*

I. Neel Chatterjee *(Admitted Pro Hac Vice)*
Andrew S. Ong *(Admitted Pro Hac Vice)*
601 Marshall Street
Redwood City, CA 94063
Tel.: 650-752-3100
Fax:  650-853-1038
*nchatterjee@goodwinlaw.com*
*aong@goodwinlaw.com*

*Attorneys for Plaintiff*
***ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.***