IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CATHY PARKES, <br><br> Defendant. | ) ) ) ) ) ) ) Case No.: 19-2514-JAR-KGG ) ) ) ) ) |

**CONSENT MOTION TO FILE OUT OF TIME DEFENDANT'S REDACTED MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND NONCONFIDENTIAL EXHIBITS**

COMES NOW Defendant, Cathy Parkes ("Parkes") and, hereby requests leave to file out of time her Redacted Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment and non-confidential exhibits. Plaintiff's counsel has consented to this motion. In support of this Motion, Defendant states:

1. On Friday, August 6, 2021, Defendant timely filed her Motion to File Under Seal along with her Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment and proposed sealed exhibits. Also, on that date, Defendant attempted to file the redacted version of the Memorandum in Opposition and the non-confidential exhibits. However, apparently, the attempted filing did not go through.

2. When counsel realized on Saturday, August 7, 2021 that the attempted filing did not go through, counsel emailed to opposing counsel all of the documents that Defendant attempted to file on August 6, 2021.

3. The failure to file the redacted version of the Memorandum in Opposition and the non-confidential exhibits on Friday, August 6, 2021, was inadvertent. The granting of this motion will not cause prejudice to any party because opposing counsel

has already received all of the documents, both the proposed sealed documents and the unsealed documents. Plaintiff's counsel has consented to the filing of this motion.

WHEREFORE, Defendant prays this Court to grant her leave to file out of time her Redacted Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment and non-confidential exhibits and grant all other just and appropriate relief.

BROWN & JAMES, P.C.


/s/ Steven H. Schwartz
Steven H. Schwartz,   KS Fed #78879
sschwartz@bjpc.com
800 Market Street, 11th floor
St. Louis, Missouri 63101
314.421.3400

**Attorneys for Defendants**


**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Steven H. Schwartz

:mlc
26307739.1

2