IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.<br><br>             Plaintiff,<br><br>v.<br><br>CATHY PARKES d/b/a LEVEL UP RN<br><br>             Defendant. | Case No. 2:19-cv-02514-JAR-KGG |

**DECLARATION OF JEFF M. MARSH IN SUPPORT OF PLAINTIFF ASSESSMENT
TECHNOLOGIES INSTITUTE, LLC'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Jeff M. Marsh, declare as follows:

1.      I am the Test Security Manager at Ascend Learning which is the parent company of Assessment Technologies Institute, LLC ("ATI"). I have worked at Ascend Learning since July 2012. As the Test Security Manager, I work with clients to investigate test security incidents, look into data irregularities and to shape the test security scope. I also have the responsibility of establishing and implementing any new policies and procedures that can enable to make ATI content as secure as possible. I have personal knowledge of the facts set forth in this declaration and if called upon to do so, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the Terms and Conditions that ATI had in place for all its users in 2013.



7.      Attached hereto as Exhibit B is a true and correct copy of an example copy of an

ATI Consultant Confidentiality Agreement, which I understand was produced in this litigation at

ATI012905.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___17th___ of August 2021

DocuSigned by:

27E9033071DE40D...

Jeff M. Marsh