IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>CATHY PARKES d/b/a LEVEL UP RN<br><br>Defendant. | Case No. 2:19-cv-02514-JAR-KGG |

### REPLY DECLARATION OF BRETT M. SCHUMAN IN SUPPORT OF PLAINTIFF ASSESSMENT TECHNOLOGIES INSTITUTE, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Brett M. Schuman, declare as follows:

1. I am a partner with the law firm of Goodwin Procter LLP. I am one of the attorneys representing Plaintiff Assessment Technologies Institute, L.L.C. ("Plaintiff" or "ATI") in the above-caption matter (the "Action") against Defendant Cathy Parkes d/b/a Level Up RN ("Defendant" or "Parkes"). I have personal knowledge of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts taken from the transcript of the December 17, 2020 deposition of Cathy Parkes.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts taken from the transcript of the December 10, 2020 deposition of Dr. Jerry Gorham.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit L to the December 10, 2020 deposition of Dr. Jerry Gorham.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts taken from the

transcript of the January 13, 2021 deposition of Karen Wood.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts taken from the transcript of the September 15, 2020 deposition of Becky Pontes.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts taken from the transcript of the November 12, 2019 Preliminary Injunction Hearing.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts taken from the transcript of the January 8, 2021 deposition of Jeff Marsh.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of August, 2021

/s/ *Brett M. Schuman*
Brett M. Schuman