IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.<br><br>      Plaintiff,<br><br>v.<br><br>CATHY PARKES d/b/a LEVEL UP RN<br><br>      Defendant. | Case No. 2:19-cv-02514-JAR-KGG |

**DECLARATION OF LAWRENCE ROBINS IN SUPPORT OF PLAINTIFF
ASSESSMENT TECHNOLOGIES INSTITUTE, LLC'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Lawrence Robins, declare as follows:

      1.      I am a partner with the law firm of Fisher Broyles LLP. I am one of the attorneys who represented and continues to represent Plaintiff Assessment Technologies Institute ("ATI") in copyright registration matters. I have personal knowledge of the facts set forth in this declaration and if called upon to do so, I could and would competently testify thereto.

      2.      I have represented ATI with respect to the registration of its copyrighted works since at least as early as 2013. In particular, I was and continue to be responsible for the registration of ATI's Proctored and Practice Exams.

      3.      In all cases where I have submitted an ATI Proctored or Practice Exam to the Copyright Office for registration, I have done so under the applicable rules for registering "Secure Tests", which are currently set forth in 37 C.F.R. § 202.20. The purpose of registering the copyrights via the Secure Test procedure is to maintain the confidentiality of ATI's Proctored and Practice Exams.

4.      Specifically, I registered the ATI Practice Exams attached hereto with the Copyright Office under the Secure Test Rule.

5.      Exhibit A is true and correct copy of the ATI Practice Exam entitled RN Mental Health Online Practice 2013 B which I registered under the Secure Test Rule.  Exhibit B is a true and correct copy of the Copyright Registration Certificate for the ATI Practice Exam found at Exhibit A, reflecting its Copyright Registration Number TX 8-044-953.

6.      Exhibit C is true and correct copy of the ATI Practice Exam entitled RN Mental Health Online Practice 2013 A which I registered under the Secure Test Rule.  Exhibit D is a true and correct copy of the Copyright Registration Certificate for the ATI Practice Exam found at Exhibit C, reflecting its Copyright Registration Number TXu 1-890-148.

7.      Exhibit E is true and correct copy of the ATI Practice Exam entitled RN Leadership Online Practice 2013 A which I registered under the Secure Test Rule.  Exhibit F is a true and correct copy of the Copyright Registration Certificate for the ATI Practice Exam found at Exhibit E, reflecting its Copyright Registration Number TXu 1-890-150.

8.      Exhibit G is true and correct copy of the ATI Practice Exam entitled RN Leadership Online Practice 2013 B which I registered under the Secure Test Rule.  Exhibit H is a true and correct copy of the Copyright Registration Certificate for the ATI Practice Exam found at Exhibit G, reflecting its Copyright Registration Number TXu 1-890-174.

9.      Exhibit I is true and correct copy of the ATI Practice Exam entitled RN Nutrition Online Practice 2013 A which I registered under the Secure Test Rule.  Exhibit J is a true and correct copy of the Copyright Registration Certificate for the ATI Practice Exam found at Exhibit I, reflecting its Copyright Registration Number TXu 1-890-160.

10.     Exhibit K is true and correct copy of the ATI Practice Exam entitled RN Nutrition Online Practice 2013 B which I registered under the Secure Test Rule.  Exhibit L is a true and correct copy of the Copyright Registration Certificate for the ATI Practice Exam found at Exhibit K, reflecting its Copyright Registration Number TXu 1-889-329.

11.     Exhibit M is true and correct copy of the ATI Practice Exam entitled RN Maternal Newborn Online Practice 2013 B which I registered under the Secure Test Rule.  Exhibit N is a true and correct copy of the Copyright Registration Certificate for the ATI Practice Exam found at Exhibit L, reflecting its Copyright Registration Number TXu 1-890-190.

12.     Exhibit O is true and correct copy of the ATI Practice Exam entitled RN Maternal Newborn Online Practice 2013 A which I registered under the Secure Test Rule.  Exhibit P is a true and correct copy of the Copyright Registration Certificate for the ATI Practice Exam found at Exhibit O, reflecting its Copyright Registration Number TXu 1-890-127.

13.     Exhibit Q is true and correct copy of the ATI Practice Exam entitled RN Fundamentals Online Practice 2013 A which I registered under the Secure Test Rule.  Exhibit R is a true and correct copy of the Copyright Registration Certificate for the ATI Practice Exam found at Exhibit Q, reflecting its Copyright Registration Number TXu 1-889-339.

14.     Exhibit S is true and correct copy of the ATI Practice Exam entitled RN Fundamentals Online Practice 2013 B which I registered under the Secure Test Rule.  Exhibit T is a true and correct copy of the Copyright Registration Certificate for the ATI Practice Exam found at Exhibit S, reflecting its Copyright Registration Number TXu 1-890-182.

15.     Exhibit U is true and correct copy of the ATI Practice Exam entitled RN Community Health Online Practice 2013 B which I registered under the Secure Test Rule.

Exhibit V is a true and correct copy of the Copyright Registration Certificate for the ATI Practice Exam found at Exhibit U, reflecting its Copyright Registration Number TXu 1-890-162.

16.     Exhibit W is true and correct copy of the ATI Practice Exam entitled RN Community Health Online Practice 2013 A which I registered under the Secure Test Rule. Exhibit X is a true and correct copy of the Copyright Registration Certificate for the ATI Practice Exam found at Exhibit W, reflecting its Copyright Registration Number TXu 1-889-366.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of August 2021

Lawrence Robins