# EXHIBIT B



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
**TX 8-044-953**
**Effective Date of Registration:**
June 04, 2015

## Title

**Title of Work:** RN Mental Health 2013 B

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** September 26, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Assessment Technologies Institute, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Assessment Technologies Institute, LLC
7500 West 160th Street, Stilwell, KS, 66085, United States

## Rights and Permissions

**Organization Name:** Sullivan & Worcester LLP
**Name:** Lawrence R. Robins
**Email:** lrobins@sandw.com
**Telephone:** (617)338-2803
**Address:** One Post Office Square
Boston, MA 02109 United States

## Certification

**Name:** Lawrence R. Robins
**Date:** April 20, 2015
**Applicant's Tracking Number:** 24858.0184

Page 1 of 2