# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-890-150**

**Effective date of registration:**

March 5, 2014

## Title
    **Title of Work:** RN Leadership Online Practice 2013 Form A

## Completion/Publication
    **Year of Completion:** 2013

## Author
    ■   **Author:** Assessment Technologies Institute, LLC
    **Author Created:** text, Entire Work

    **Work made for hire:** Yes
    **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
    **Copyright Claimant:** Assessment Technologies Institute, LLC
    7500 West 160th Street, Stilwell, KS, 66085, United States

## Rights and Permissions
    **Organization Name:** Edwards Wildman Palmer LLP
    **Name:** Lawrence R. Robins
    **Email:** lrobins@edwardswildman.com      **Telephone:** 617-239-0484
    **Address:** 111 Huntington Avenue
    Boston, MA 02199 United States

## Certification
    **Name:** Lawrence R. Robins
    **Date:** February 24, 2014
**Applicant's Tracking Number:** 312260-4163