# EXHIBIT J

Case 2:19-cv-02514-JAR   Document 342-7   Filed 08/27/21   Page 2 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-890-160**

**Effective date of registration:**

March 5, 2014

---

## Title
**Title of Work:** RN Nutrition Online Practice 2013 Form A

## Completion/Publication
**Year of Completion:** 2013

## Author
- **Author:** Assessment Technologies Institute, LLC
- **Author Created:** text, Entire Work
- **Work made for hire:** Yes
- **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Assessment Technologies Institute, LLC
7500 West 160th Street, Stilwell, KS, 66085, United States

## Rights and Permissions
- **Organization Name:** Edwards Wildman Palmer LLP
- **Name:** Lawrence R. Robins
- **Email:** lrobins@edwardswildman.com    **Telephone:** 617-239-0484
- **Address:** 111 Huntington Avenue
  Boston, MA 02199 United States

## Certification
- **Name:** Lawrence R. Robins
- **Date:** February 24, 2014

**Applicant's Tracking Number:** 312260-4170

Page 1 of 1