# EXHIBIT V

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-890-162**

**Effective date of registration:**

March 5, 2014

---

## Title
**Title of Work:** RN Community Health Online Practice 2013 Form B

## Completion/Publication
**Year of Completion:** 2013

## Author
- **Author:** Assessment Technologies Institute, LLC
  **Author Created:** text, Entire Work
  **Work made for hire:** Yes
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Assessment Technologies Institute, LLC
7500 West 160th Street, Stilwell, KS, 66085, United States

## Rights and Permissions
**Organization Name:** Edwards Wildman Palmer LLP
**Name:** Lawrence R. Robins
**Email:** lrobins@edwardswildman.com     **Telephone:** 617-239-0484
**Address:** 111 Huntington Avenue
Boston, MA 02199 United States

## Certification
**Name:** Lawrence R. Robins
**Date:** February 24, 2014
**Applicant's Tracking Number:** 312260-4160