# EXHIBIT X

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-889-366

**Effective date of registration:**

March 5, 2014

## Title

**Title of Work:** RN Community Health Online Practice 2013 Form A

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** Assessment Technologies Institute, LLC

**Author Created:** text, Entire Work

**Work made for hire:** Yes

**Citizen of:** United States                **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Assessment Technologies Institute, LLC

7500 West 160th Street, Stilwell, KS, 66085, United States

## Rights and Permissions

**Organization Name:** Edwards Wildman Palmer LLP

**Name:** Lawrence R. Robins

**Email:** lrobins@edwardswildman.com               **Telephone:** 617-239-0484

**Address:** 111 Huntington Avenue

Boston, MA 02199  United States

## Certification

**Name:** Lawrence R. Robins

**Date:** February 24, 2014

**Applicant's Tracking Number:** 312260-4159