IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 19-2514-JAR-KGG |
| CATHY PARKES, | ) ) | |
| Defendant. | ) ) | |

**NOTICE TO TAKE VIDEO-TAPED DEPOSITION**
**VIA VIDEO CONFERENCE**

TO:                                  All Counsel of Record

DATE AND HOUR:         Wednesday, October 27, 2021 at 1:00 p.m. EST

PLACE DEPOSITION
TO BE TAKEN:                  Remotely via Zoom

WITNESS TO
BE DEPOSED:                    Larry Robins

COURT REPORTER
and VIDEOGRAPHER:     360 Litigation Services (will provide Zoom information)

PLEASE TAKE NOTICE that at the above date, hour and place, we shall cause the deposition of the above-named witness to be taken upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a videographer, shorthand reporter and suitable Notary Public. You are invited to attend and cross-examine.

BROWN & JAMES, P.C.


/s/ Steven H. Schwartz
Steven H. Schwartz,   KS Fed #78879
sschwartz@bjpc.com
800 Market Street, 11th floor
St. Louis, Missouri 63101
314.421.3400
Fax: 314.421.3128

and

Christopher J. Seibold   KS Fed #78351
2345 Grand Boulevard, Suite 2100
Kansas City, MO  64108
(816) 472-0800 Telephone
(816) 421-1183 Facsimile
cseibold@bjpc.com

**Attorneys for Defendants**


**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.


/s/ Steven H. Schwartz


:sds
26798127.1