IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CATHY PARKES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Case No.: 19-2514-JAR-KGG |

**DEFENDANT CATHY PARKES' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Comes now Defendant, Cathy Parkes ("Ms. Parkes"), and for her Motion for Leave to file her Surreply in Opposition to Plaintiff Assessment Technologies Institute, LLC's ("ATI's") Motion for Summary Judgment, states as follows:

1. Pursuant to the Court's October 19, 2021 Order (ECF No. 349), Ms. Parkes seeks to file a surreply to address the Declaration of Lawrence Robins (ECF 342-2) and exhibits thereto submitted with ATI's Reply in Support of its Motion for Summary Judgment.

2. Ms. Parkes seeks leave to file a surreply based on the fact that Mr. Robins was not previously identified as a witness on the subjects addressed in his declaration, the fact that Ms. Parkes deposed Mr. Robins on October 27, 2021, and based on the Court's October 19, 2021 Order (ECF No. 349).

3. Ms. Parkes' proposed surreply is attached, pursuant to D. Kan. Rule 15.1.

For the foregoing reasons, Defendant prays for an order allowing the filing of the attached surreply and all other just and appropriate relief.

BROWN & JAMES, P.C.

/s/ Steven H. Schwartz
Steven H. Schwartz,   KS Fed #78879
sschwartz@bjpc.com
Elizabeth S. Silker,    KS Fed #78988
esilker@bjpc.com
800 Market Street, 11th floor
St. Louis, Missouri 63101
314.421.3400

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2021, a copy of the foregoing was served upon all counsel of record through the Court's electronic filing system.

/s/ Steven H. Schwartz

SHS:mlc